**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
6100 Western Place Dr., Ste. 1050
Fort Worth, TX 76107
(817) 916-4710 Phone
(817) 916-4770 Fax

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | **CASE NO. 11-40211-RFN** |
| | § | |
| **MARCUS W. BUCKLEY,** | § | |
| | § | |
| **DEBTOR** | § | **CHAPTER 13** |

### TRUSTEE'S MOTION FOR ORDER TO SHOW CAUSE

COMES NOW Alice Whitten, the Standing Chapter 13 Trustee and files this Motion for Order to Show Cause in the above styled case. In support thereof, the Trustee would show the court as follows:

1.    Marcus W. Buckley ("Debtor") filed this present case under Chapter 13 on January 4, 2011.

2.    Debtor's 11 U.S.C. § 341 Meeting of Creditors ("341 Meeting") was set for February 23, 2011. However, the Debtor failed to appear at his 341 Meeting and the Meeting was subsequently continued to March 16, 2011 at 2:00 PM.

3.    Upon information and belief, the Trustee would show that the Debtor obtained the services of a Bankruptcy Petition Preparer, specifically an Anthony Callins ("Mr. Callins").

4.    The Trustee would show that on October 14, 2010, the United States Trustee obtained a Default Judgment against Mr. Callins, which enjoined Mr. Callins from acting as bankruptcy petition preparer in the Northern District of Texas and assisting, in any way, debtors from preparing and filing bankruptcy petitions in the Northern District of Texas.

5.      Therefore, appearance of the Debtor is necessary so that the Trustee may examine the Debtor as to Mr. Callins' potential involvement and assistance in Debtor's bankruptcy case.

WHEREFORE, PREMISES CONSIDERED, the Standing Chapter 13 Trustee respectfully requests an Order from this Court for Marcus W. Buckley to appear and show cause as to Mr. Callins' potential involvement and assistance in Debtor's bankruptcy case, and why the court should not sanction Mr. Callins for conduct in this case, and that the Court grant further proper relief.

Respectfully submitted,

By: /s/ Jason Miller

Jason Miller
Bar No.  24043824
Staff Attorney
ALICE WHITTEN
STANDING CHAPTER 13 TRUSTEE
Bar No. 00793029
6100 Western Place Dr., Ste. 1050
Fort Worth, TX 76107
(817) 916-4710 Phone
(817) 916-4770 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument was served on the date that the instrument was filed electronically.  Service was accomplished electronically and/or by first class mail on the Debtor.

/s/   Jason Miller
Jason Miller

Marcus W. Buckley
240 Yukon Ct.
Weatherford, Texas 76087

US Trustee
1100 Commerce St., Room 976
Dallas, Texas 75242