

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed March 04, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-40211-RFN |
| | § | |
| MARCUS W. BUCKLEY, | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

### ORDER ON TRUSTEE'S MOTION FOR AN ORDER TO SHOW CAUSE

WHEREAS the Chapter 13 Trustee, Alice Whitten, filed a Motion for an Order to Show Cause on March 2, 2011, it is;

ORDERED, ADJUDGED AND DECREED that the Motion for Order to Show Cause is **GRANTED**.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Marcus W. Buckley shall appear before the Honorable Russell F. Nelms in the United States Bankruptcy Court for the Northern District of Texas, Fort Worth Division, 501 W. 10th Street, Room 204, Fort Worth,

Texas 76102 on **March 16, 2011 at 10:30 AM** to show cause as to Anthony Callins' potential involvement and assistance in Debtor's bankruptcy case.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Trustee will provide notice to all interested parties through first class United States Mail, certified mail, or by any other means as necessary to ensure that the parties are provided with notice of the hearing.

###END OF ORDER#